IN THE SUPREME COURT OF THE STATE OF DELAWARE

JACOB KING,[1]

    Respondent Below,
    Appellant,

    v.

DCSS/PAULINE KING,

    Petitioners Below,
    Appellees.

§
§ No. 511, 2025
§
§ Court Below–Family Court
§ of the State of Delaware
§
§ File No. CN24-05513
§ Petition No. 25-13862
§
§
§

Submitted: January 20, 2026
Decided: February 13, 2026

## ORDER

On December 18, 2025, Jacob King filed a notice of appeal from a Family Court commissioner's order directing him to pay child support on an interim basis to the petitioners below. The Senior Court Clerk issued a notice, sent by certified mail, to King instructing him to show cause why this appeal should not be dismissed for the Court's lack of jurisdiction to hear an appeal taken directly from a Family Court commissioner's order.[2] King received the notice to show cause on January 6, 2025. A timely response to the notice to show cause was due on or before January

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

[2] *See* 10 *Del. C.* § 915(d)(1), (2) (detailing procedures for filing appeals from final and interim orders issued by commissioners); Del. Fam. Ct. Civ. P. R. 53.1(a) ("An interim or final order of a commissioner may be appealed to a judge of the [Family] Court….").

16. To date, King has not responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that the appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice